**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| MICHELLE LEMON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION NO. 2:16-cv-12694-GAD-EAS |
| | : | |
| HARTFORD LIFE AND ACCIDENT | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Plaintiff and Defendant, by their undersigned counsel who are duly authorized to

enter this Stipulation, hereby agree pursuant to Federal Rule of Civil Procedure 41, to dismiss

with prejudice all claims asserted by Plaintiff, each party to bear its own costs and fees.

LEVINE BENJAMIN, P.C.

*s/ Greg M. Liepshutz (w/consent)*
GREG M. LIEPSHUTZ (P37573)
100 Galleria Officentre, Suite 411
Southfield, Michigan 48034
(248) 352-5700
gliepshutz@levinebenjamin.com
***Attorney for Plaintiff***
Dated:  October 6, 2016

PEPPER HAMILTON LLP

*s/ James D. VandeWyngearde*
JAMES D. VANDEWYNGEARDE (P58634)
4000 Town Center, Suite 1800
Southfield, MI  48075
248.359.7387
vandewyj@pepperlaw.com

BRIAN P. DOWNEY
100 Market Street, Suite 200
Harrisburg, PA  17108-1181
717.255.1155
downeyb@pepperlaw.com
***Attorneys for Hartford Life and Accident
Insurance Company***
Dated:  October 6, 2016

**IT IS SO ORDERED this 6th day of OCTOBER, 2016.**

/S/Gershwin A Drain
UNITED STATES DISTRICT COURT JUDGE